

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JOHN DETHLEFS,

   Defendant.

8:20CR224

INDICTMENT

18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

## COUNT I
(Receipt of Child Pornography)

On or about February 24, 2019, in the District of Nebraska and elsewhere, defendant JOHN DETHLEFS, did knowingly receive and attempt to receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

<u>COUNT II</u>
(Possession of Child Pornography)

On or about August 13, 2019, in the District of Nebraska, defendant JOHN DETHLEFS, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

for JODY B. MULLIS
Assistant U.S. Attorney

2